THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY G. WISE, Appellant.

*People* v. *Wise,* 68 App. Div. 650, affirmed.
(Argued January 8, 1903 ; decided January 27, 1903.)

APPEAL from a judgment, entered January 20, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiff upon the verdict.

*J. Rosecrans* for appellant.

*Burt L. Rich* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN and CULLEN, JJ. Not voting : O'BRIEN, J.

---

LOTTA HOPPER, Respondent, *v.* FRANK O. BROWN et al., as Executors of CAROLINE S. SHERWOOD, Deceased, Appellants.

*Hopper* v. *Brown,* 67 App. Div. 620, affirmed.
(Argued January 9, 1903; decided January 27, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thomas Abbott McKennell* for appellants.

*Hamilton R. Squier* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.